IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:12-CV-10-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NGUYEN PERSONAL PROPERTY DESCRIBED SPECIFICALLY AS: | ) ) |
| | ) |
| A 2008 HONDA ACCORD, VIN: 1HGCP36868038802; AND ANY AND ALL ATTACHMENTS THEREON; AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY, | ) ) ) ) ) ) |
| | ) |
| AND | ) |
| | ) |
| $5,619.00 IN U. S. CURRENCY, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear,

1

plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 6th day of February, 2013.

                                    JULIE A. RICHARDS
                                    Clerk

                    BY: _____
                                    Clerk
                            United States District Court